**SCURA, WIGFIELD HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
E-mail: dstevens@scura.com
*Proposed Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* <br><br> Sparks Electric LLC., <br><br>                    Debtor. | Case No. 22-19058 <br><br> Chapter 11 <br><br> Hon. Judge John K. Sherwood |

**NOTICE OF TELEPHONIC MEETING OF CREDITORS**

**TO: All Parties-in-Interest**

**PLEASE TAKE NOTICE** that Meeting of Creditors for the captioned debtor, Sparks Electric LLC, has been scheduled for Thursday December 15, 2022 at 1:00 PM.

All parties who wish to participate my join telephonically.

   Call in Number: (650)-419-1505

   Meeting ID: 138 653 589

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                    SCURA, WIGFIELD, HEYER,
                                                    STEVENS & CAMMAROTA, LLP
                                                    Attorneys for Debtor

Dated: November 22, 2022                    */s/ David L. Stevens*
                                                         David L. Stevens, Esq.