# United States Bankruptcy Court
### District of New Jersey

In re  **Sparks Electric LLC**                                          Case No.  **22-19058**
Debtor(s)                                                                                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sparks Electric LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 12, 2022**                                       /s/ David L. Stevens
Date                                                                  **David L. Stevens 034422007 NJ**
                                                                        Signature of Attorney or Litigant
                                                                        Counsel for **Sparks Electric LLC**
                                                                        **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**
                                                                        **1599 Hamburg Turnpike**
                                                                        **Wayne, NJ 07470**
                                                                        **973-696-8391**