UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
David L. Stevens, Esq.
dstevens@scura.com
Tel.: (973) 696-8391
Proposed Counsel for the Debtor

In Re:

Sparks Electric LLC.,

                  Debtor.

Case No.: 22-19058

Judge: John K. Sherwood

## STATEMENT THAT NO CASH FLOW STATEMENT, BALANCE SHEET OR STATEMENT OF OPERATION HAS BEEN PREPARED

1. I hereby certify that a balance sheet, cash flow statement, or statement of operation have not been prepared for the above captioned debtor.

2. I hereby certify that the foregoing statements made by me are true and am aware that if any of these statements are willfully false that I am subject to punishment.

Dated: December 12, 2022

/s/ Manuel Botero
Manuel Botero, Managing Member