# Exhibit D
# Liquidation Analysis

*Plan Proponent's Estimated Liquidation Value of Assets*

| Asset - Personal Property | | Values |
|---|---|---:|
| TD Bank - DIP Bank Account | $ | 35,826.79 |
| Accounts Receivables | $ | 100,000.00 |
| Office Furniture/Equipment | $ | 1,150.00 |
| 19 Ft. Scissor Lift | $ | 1,500.00 |
| 2007 Ford E150 | $ | 2,000.00 |
| 2011 Ford Transit Connect | $ | 5,500.00 |
| 2009 Ford E250 | $ | 12,000.00 |
| **Subtotal** | **$** | **157,976.79** |
| | | |
| 2005 Chevrolet Astro Van | $ | 3,000.00 |
| *Less: Clover Commercial Corp. Lien* | $ | 1,953.25 |
| **Subtotal** | **$** | **1,046.75** |
| | | |
| 2020 Dodge Ram Promaster | $ | 26,000.00 |
| *Less: Toyota Motor Credit Corp.* | $ | 20,015.00 |
| **Subtotal** | **$** | **5,985.00** |
| | | |
| **Subtotal Value of Equity in Assets** | **$** | **165,008.54** |
| | | |
| **Secured Claims** | | |
| *Less: GFE NY, LLC* | $ | 117,535.00 |
| *Less: Apex Funding Source, LLC* | $ | 263,847.00 |
| *Less: Forever Funding, LLC* | $ | 247,335.00 |
| | | |
| **b) Equity in Personal Property** | **$** | **(463,708.46)** |
| | | |
| **_Total Equity in Non-Exempt Assets:_** | **$** | **(463,708.46)** |
| | | |
| *Less:* | | |
| Internal Revenue Service - Priority Claim | $ | 36,951.07 |
| *Less:* | | |
| State of NJ - Division of Taxation Priority Claim | $ | 4,678.23 |
| *Less:* | | |
| Chapter 7 Trustee Fees and Expenses** | $ | 14,188.00 |
| *Less:* | | |
| Chapter 11 Administrative Fees and Expenses | $ | 35,000.00 |
| | | |
| **_Net Available for Distribution to General Unsecured Creditors:_** | | **$0.00** |
| | | |
| **Amount of Undisputed Unsecured Claims:** | | **$558,949.00** |
| | | |
| *Dollar Amount Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation* | | **$0.00** |
| | | |
| *\*Dollar Amount Unsecured Creditors Would Receive Or Retain under the Plan* | | **$95,075.30** |

*Amount based on disposable income as reflected in Projected Cash Flow Analysis - Exh. C
** Trustee's fees based on calculations pursuant to 11 U.S.C Section 326.