UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
cmartinez@scura.com
Carlos D. Martinez, Esq.
*Counsel for Debtor*



**Order Filed on March 24, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

SPARKS ELECTRIC, LLC,

              Debtor.

Case No. 22-19058

Hon. Judge John K. Sherwood

Chapter 11

Hearing Date and Time:
March 21, 2023 at 10 a.m.

## ORDER CONFIRMING SMALL BUSINESS DEBTOR SUBCHAPTER V PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1191(b)

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 24, 2023**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having been brought by the debtor, Sparks Electric, LLC (the "Debtor"), by and through counsel, by filing its Small Business Debtor Subchapter V 11 Plan of Reorganization (the "Plan") on February 10, 2023 (Docket Entry No. 31); and on March 21, 2023 (the "Confirmation Hearing") the Court having determined, after notice and hearing, that the requirements for confirmation of the Plan under 11 U.S.C. § 1129(a) have been satisfied; it is hereby

**ORDERED as follows:**

1.      Pursuant to Bankruptcy Code Section 1191(b), the Debtor's Plan (Docket Entry No. 31) is hereby confirmed in its entirety and as modified in accordance with the paragraphs below numbered two (2) through eight (7).

2.      The Debtor shall serve as the disbursing agent and shall make all required Plan payments, during the life of the Plan, and as modified by this Order. The Subchapter V Trustee shall not serve as disbursing agent under the Plan.

3.      Notwithstanding anything in the Plan to the contrary, the appointment of the Subchapter V Trustee's shall remain in place and extend post-confirmation. The Subchapter V Trustee's post-confirmation duties shall be limited to the monitoring of activities in the case to ensure payments under the confirmed plan commence.

4.      The Debtor shall file quarterly periodic reports detailing disbursements made pursuant to Plan payments no later than the 20th day after the end of each calendar quarter.

5.      No later than fourteen (14) days after the Plan's substantial consummation, the Debtor shall file the notice required under Section 1183(c)(2).

6.      The Debtor shall serve copies of this Order upon all creditors and parties in interest.

7.      The Debtor shall serve copies of this Order upon CT Corporation Systems ("CT")

and Corporation Service Company ("CSC"), via overnight mail, with an enclosing letter advising

CT and CSC of the following: i) CT and CSC did not file claims in the case prior to the expiration

of the Claims Bar Date, and therefore are not entitled to distributions under the Debtor's confirmed

Plan; and ii) Pursuant to 506(a) and (d) of the Bankruptcy Code, the secured liens of CT and CSC,

secured by the Debtor's assets, are voided.